FORM 9 (Rev. 11/93)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN

In the matter of:

**BLISS, KIMBERLY CLEO**

**Case No. 09-36045 HG**

**Chapter 7**

**Judge GUY R HUMPHREY**

## NOTICE TO THE CLERK OF SMALL DIVIDENDS
## AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $12.32 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim Number | Amount of Dividend |
|---|---|---|
| City of Springfield<br>Utility Billing Division<br>76 E. High Street<br>Springfield, OH 45502 | 3 | $12.32 |

/s/ Dennis E. Stegner
Dennis E. Stegner
111 East Cecil Street
Springfield, OH 45504
937-322-2161
937-322-9508 - fax